**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00347-STV  **RESTRICTED CASE**

UNITED STATES OF AMERICA *ex rel.* JOSEPH SCOTT,

      Plaintiffs,

v.

UNITED LAUNCH ALLIANCE, L.L.C.,
a Delaware limited liability company,

      Defendant.

## RESTRICTED CASE

### THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE
### FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes in the above-captioned civil action for the purposes of settlement. The parties have now reached a settlement of all claims in the Complaint. The United States and Relator Joseph Scott will file a Joint Stipulation of Dismissal of Case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 28th day of December, 2017.

         ROBERT C. TROYER
         United States Attorney
         District of Colorado

By:  s/ *Amanda Rocque*
    AMANDA ROCQUE
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, CO  80202
    Telephone: (303) 454-0109
    Facsimile: (303) 454-0404
    E-mail: amanda.rocque@usdoj.gov

    Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

None.

Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Defendant has not been served with copies of the foregoing motion.

In addition, I hereby certify that I have sent the document to the following via electronic mail:

- **Donna MacEwen**
  Counsel for National Reconnaissance Organization
  macewen@nro.mil

- **Captain Felecia Gittens**
  Counsel for the U.S. Department of the Air Force
  felecia.d.gittens.mil@mail.mil

>    s/ *Amanda Rocque*
>    AMANDA ROCQUE
>    Office of the United States Attorney
>    1801 California Street, Suite 1600
>    Denver, CO  80202