**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00347-STV

UNITED STATES OF AMERICA *ex rel.* JOSEPH SCOTT,

   Plaintiffs,

v.

UNITED LAUNCH ALLIANCE, L.L.C.,
a Delaware limited liability company,

   Defendant.

---

**JOINT STIPULATION OF DISMISSAL OF CASE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 31 U.S.C. § 3730(b)(1), the United States of America ("United States") and Relator Joseph Scott ("Relator") hereby jointly request that the Court dismiss this case.  In support thereof, Relator and the United States stipulate as follows:

  1.  The United States, Relator, and Defendant United Launch Alliance ("ULA") have entered into a Settlement Agreement with regard to this lawsuit and have reached a resolution of all claims asserted in Relator's Complaint (Doc. 1).

  2.  The United States, in accordance with 31 U.S.C. § 3730(b)(1), notifies the Court that it concurs with the terms of the Settlement Agreement and consents to the dismissal of this civil action as long as it is:

  (a)  with prejudice as to Relator as to all claims asserted in the Complaint;

1

(b)      with prejudice as to the United States as to the "Covered Conduct" as set forth in

the Settlement Agreement executed by the parties on December 21, 2017, which

constitutes all claims asserted in the Complaint alleging that ULA used a parametric

estimating model to estimate labor procurement costs on certain contracts, resulting in

excessive and/or false claims for labor under the contracts; and

(c)      without prejudice as to the United States to the extent that the Complaint alleges

any other claims.

3.      The Settlement Agreement reached by the parties was the product of prolonged

and detailed negotiations with all of the necessary parties: Relator, ULA, the Department of

Justice, and the U.S. Attorney's Office for the District of Colorado.  The settlement was

reviewed and approved by the appropriate governmental authorities at the Department of Justice,

U.S. Attorney's Office for the District of Colorado, the U.S. Department of the Air Force, and

the National Reconnaissance Organization.

4.      The United States has investigated this matter, consulted with the appropriate

government officials about Relator's allegations, reviewed the applicable rules and regulations

relating to ULA's conduct, and considered the totality of the circumstances.  The United States

believes that the settlement amount reached in the Settlement Agreement is a fair, adequate, and

reasonable compromise based on the merits of the claims involved and the litigation risk faced

by the parties.  The United States consents to dismissal of this civil action because it is

commensurate with the public interest.  Accordingly, the United States believes that it is now

appropriate to dismiss this case.

Respectfully submitted this 28th day of December, 2017.


**On behalf of the United States**:


ROBERT C. TROYER
United States Attorney
District of Colorado

s/ *Amanda Rocque*
AMANDA ROCQUE
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO  80202
Telephone: (303) 454-0109
E-mail: amanda.rocque@usdoj.gov



**On behalf of Relator Joseph Scott**:

s/ *Christopher Carrington*
CHRISTOPHER CARRINGTON
Richards Carrington
1700 Lincoln Street, Suite 3400
Denver, Colorado 80203
Telephone: (303) 962-2690
E-mail: chris@richardscarrington.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Christopher Patrick Carrington**
  chris@richardscarrington.com,dyanna@richardscarrington.com
- **Michael J. Gates**
  mgates@fostergraham.com,rdavis@fostergraham.com,aberry@fostergraham.com,rmills @fostergraham.com,ndale@fostergraham.com,hrichards@fostergraham.com
- **Amanda Adams Rocque**
  amanda.rocque@usdoj.gov,annette.dolce@usdoj.gov,USACO.ECFCivil@usdoj.gov,Cas eView.ECF@usdoj.gov


In addition, I hereby certify that I have sent the document to the following via electronic mail:

- **Todd Steggarda**
  Counsel for United Launch Alliance
  TSteggerda@mcguirewoods.com

- **Donna MacEwen**
  Counsel for National Reconnaissance Organization
  macewen@nro.mil

- **Captain Felecia Gittens**
  Counsel for the U.S. Department of the Air Force
  felecia.d.gittens.mil@mail.mil


s/ *Amanda Rocque*
AMANDA ROCQUE
Office of the United States Attorney
1801 California Street, Suite 1600
Denver, CO  80202